# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DIANN L. MOODY, | ) |
| Plaintiff, | ) Case No. 5:20-cv-00061-MTT |
| v. | ) Judge Marc Thomas Treadwell |
| SYNCHRONY BANK and DOES 1-10 inclusive, | ) |
| Defendants. | ) |

## DEFENDANT SYNCHRONY BANK'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COMES Defendant Synchrony Bank ("Synchrony"), by and through its undersigned counsel, and respectfully moves this Court to dismiss the Complaint of Plaintiff Diann L. Moody ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted, for reasons more fully set forth in the accompanying Memorandum of Law filed contemporaneously herewith.

- 2 -

Dated:  June 1, 2020

        THE GILROY FIRM

        <u>/s/ Monica K. Gilroy</u>
        Monica K. Gilroy, Esq.
        Georgia Bar No. 427520
        Email:Monica.Gilroy@gilroyfirm.com
        Matthew F. Totten
        Georgia Bar No. 798589
        Email:Matthew.Totten@gilroyfirm.com
        *Counsel for Defendant Synchrony Bank*

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 Main Number
(678) 280-1923 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the foregoing with the Clerk of the U.S. District Court, Middle District of Georgia, Macon Division, by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record listed below:

        Joseph P. McClelland, III
        joseph@jacksonlaws.com
        Joseph P. McClelland, LLC
        545 N. McDonough Street, Suite 210
        Decatur, GA 30030
        joseph@jacksonlaws.com

        *Counsel for Plaintiff*
        *DiAnn Moody*

                /s/ Monica K. Gilroy
                Monica K. Gilroy, Esq.
                Georgia Bar No. 427520
                Email:Monica.Gilroy@gilroyfirm.com
                Matthew F. Totten
                Georgia Bar No. 798589
                Email:Matthew.Totten@gilroyfirm.com
                *Counsel for Defendant Synchrony Bank*

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 Main Number
(678) 280-1923 Facsimile