# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DIANN L. MOODY, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:20-cv-00061-MTT |
| ) | |
| v. ) | Judge Marc Thomas Treadwell |
| ) | |
| SYNCHRONY BANK and DOES 1-10 inclusive, ) ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## DEFENDANT SYNCHRONY BANK'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant Synchrony Bank ("Synchrony"), by and through its undersigned counsel, and respectfully moves this Court to dismiss the Amended Complaint of Plaintiff Diann L. Moody ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted. As more fully set forth in the accompanying Memorandum of Law, filed contemporaneously herewith, the Telephone Consumer Protection Act was unconstitutional for a five-year period encompassing the calls alleged in the Amended Complaint.

Dated: December 14, 2020

                                          THE GILROY FIRM

                                          <u>/s/ Monica K. Gilroy</u>
                                          Monica K. Gilroy, Esq.
                                          Georgia Bar No. 427520
                                          Email:Monica.Gilroy@gilroyfirm.com
                                          Matthew F. Totten
                                          Georgia Bar No. 798589
                                          Email:Matthew.Totten@gilroyfirm.com
                                          *Counsel for Defendant Synchrony Bank*

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 Main Number
(678) 280-1923 Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2020, I electronically filed the foregoing with the Clerk of the U.S. District Court, Middle District of Georgia, Macon Division, by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record listed below:

        Joseph P. McClelland, III
        joseph@jacksonlaws.com
        Joseph P. McClelland, LLC
        545 N. McDonough Street, Suite 210
        Decatur, GA 30030
        joseph@jacksonlaws.com

        *Counsel for Plaintiff*
        *DiAnn Moody*

        /s/ Monica K. Gilroy
        Monica K. Gilroy, Esq.
        Georgia Bar No. 427520
        Email:Monica.Gilroy@gilroyfirm.com
        Matthew F. Totten
        Georgia Bar No. 798589
        Email:Matthew.Totten@gilroyfirm.com
        *Counsel for Defendant Synchrony Bank*

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 Main Number
(678) 280-1923 Facsimile